UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JOSE ENRIQUE MURILLO, | ) |
| Petitioner, | ) 2:05-cv-01021 JWS |
| vs. | ) ORDER AND OPINION |
| | ) [Re: Report and Recommendation] |
| JAMES KIMBLE, *et al.*, | ) |
| Respondents. | ) |

## I.  MATTER PRESENTED

At docket 1, petitioner Jose Enrique Murillo filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  At docket 23, respondents James Kimble, *et al.*, filed an answer opposing the petition as time barred.  Magistrate Judge Edward Voss filed his report and recommendation at docket 25.  Petitioner filed his objections to the report and recommendation at docket 26.  At docket 27, petitioner filed a motion to lodge documents for the court's consideration before rendering a decision on merits of petitioner's Petition for Writ of Habeas Corpus.  The motion was unopposed.

## II.  STANDARD OF REVIEW

The district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1]  When reviewing a magistrate judge's report and recommendation in a habeas case, the district court reviews *de novo* conclusions of law[2] and findings of fact to which parties object.[3]  The court reviews for clear error uncontested findings of fact.[4]

## III.  BACKGROUND

The court has reviewed the report and recommendation and found that it accurately summarizes the procedural background of this case.  Moreover, petitioner does not object to any of the magistrate judge's findings of fact. Accordingly, the court adopts the summary as its own.

## IV.  DISCUSSION

Having reviewed the petitioner's objections and magistrate judge's report and recommendation under the standard of review articulated above, the court agrees with the magistrate judge's findings of fact and conclusions of law.  Petitioner's objections raise nothing not adequately addressed in the report.  Accordingly, the court **ACCEPTS** the report and recommendation at docket 25.  The petition at docket 1 is **DENIED** as

---

[1] 28 U.S.C. § 636(b)(1).

[2] *Barilla v. Ervin*, 886 F.3d 1514, 1518 (9th Cir. 1989), *overruled on other grounds by Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996).

[3] 28 U.S.C. § 636(b)(1).

[4] *Taberer v. Armstrong World Indus., Inc.*, 954 F.2d 888, 906 (3d Cir. 1992).

time barred.  It is further **ORDERED** that the motion at docket 27 to lodge documents for the court's consideration on the merits of the habeas petition is **DENIED AS MOOT**.

DATED at Anchorage, Alaska, this 23rd day of October 2006.


                    /s/
          JOHN W. SEDWICK
   UNITED STATES DISTRICT JUDGE